Thaddeus Betz, OSB #062745
Law Office of Thaddeus Betz, LLC
155 NW Hawthorne Avenue
Bend, Oregon 97703
Tel: (541)389-6964
E-mail: thadbetz@gmail.com
Attorney for Defendant Hazan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID HAZAN,<br><br>    Defendants. | Case: 3:20-CR-00256-JO-1<br><br>MOTION TO CONTINUE TRIAL<br><br>UNOPPOSED |

    Defendant David Hazan, by and through attorney, Thaddeus Betz, hereby moves this Court for an order continuing the trial currently set for September 22, 2020 at 9:00 a.m. to another date.

    Defendant further requests that the trial be continued beyond January 1, 2021 pursuant to the Defendant's deferred prosecution agreement with the Government.

    On behalf of the United States, Assistant United States Attorney Pamela Passo does not oppose the request.

    The reasons for this motion are setforth in the accompanying declaration.

DATED this 10th day of September, 2020.

                                            s/ *Thaddeus Betz*

                                            _____
                                            Thaddeus Betz, OSB #062745
                                            Attorney for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that I served DEFENDANT DAVID HAZAN'S UNOPPOSED MOTION TO CONTINUE SENTENCING on:

Pamela Passo
Office of United State Attorney
District of Oregon
405 E. 8th Avenue, Suite 2400
Eugene, Oregon 97401

*Attorneys for Plaintiff United States*

by electronic case filing.

DATED this 10th day of September, 2020.

s/ *Thaddeus Betz*
_____
Thaddeus Betz, OSB #062745
Attorney for Defendant