Thaddeus Betz, OSB #062745
Law Office of Thaddeus Betz, LLC
155 NW Hawthorne Avenue
Bend, Oregon 97703
Tel: (541)389-6964
E-mail: thadbetz@gmail.com
Attorney for Defendant Hazan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID HAZAN,<br><br>    Defendants. | Case: 3:20-CR-00256-JO-1<br><br>DECLARATION IN SUPPORT OF MOTION TO CONTINUE TRIAL |

I, Thaddeus Betz, do declare the following to be the best of my knowledge and belief:

1. I am the court-appointed attorney for the defendant in this case, having been appointed under the Criminal Justice Act effective July 31, 2020.

2. Mr. Hazan has been charged with Failing to Obey a Lawful Order, 41 CFR § 102.74.385, a Class C misdemeanor.

3. The Government has offered Mr. Hazan a deferred prosecution agreement that would result in dismissal of this case upon completion of its terms.

4. Mr. Hazan has accepted the deferred prosecution agreement and has signed and returned the attendant forms to the US Attorney's Office.

5. Part of the deferred resolution agreement requires Defendant to move to continue the trial in this matter beyond January 1, 2021 in order to complete the terms of the deferred prosecution agreement.

6. Ms. Passo, the Assistant United States Attorney prosecuting this case, does not object.

7. Mr. Hazan is out of custody, consents to this continuance, and is in compliance with the conditions of his release.

DATED this 10th day of September, 2020.

s/ *Thaddeus Betz*
_____
Thaddeus Betz, OSB #062745
Attorney for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that I served Counsel's DECLARATION IN SUPPORT OF MOTION TO CONTINUE TRIAL on:

Pamela Passo
Assistant United States Attorneys
District of Oregon
405 E. 8th Avenue, Suite 2400
Eugene, Oregon 97401

*Attorneys for Plaintiff United States*

by electronic case filing.

DATED this 10th day of September, 2020.

s/ *Thaddeus Betz*
_____
Thaddeus Betz, OSB #062745
Attorney for Defendant