# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20- cr-00256-JO |
| v. | **ORDER DISMISSING INFORMATION WITH PREJUDICE** |
| DAVID HAZAN, | |
| Defendant. | **Rule 48(a) Fed. R. Crim. P.** |

This matter, having come before the Court on the government's motion to dismiss the information with prejudice pursuant to Rule 48(a), Fed. R. Crim. P. and the Court being fully advised;

IT IS HEREBY ORDERED that the information against Defendant, David Hazan, in the above-captioned case be DISMISSED with prejudice.

Dated: December __30th____, 2020.

/s/ Judge Robert E. Jones
HONORABLE ROBERT E. JONES
United States District Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney

s/ *Pamela S. Paaso*
PAMELA PAASO
Assistant United States Attorney

**Order Dismissing Information without Prejudice**                                    **Page 1**